**Abatement Order filed May 29, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00287-CV
_____

**RICHARD ALAN HAASE AND AUDREY LOIS HAASE, Appellants**

**V.**

**SANTANDER CONSUMER USA, INC., Appellee**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-197259**

---

## ABATEMENT ORDER

According to information provided to this court, this appeal is from a judgment signed January 10, 2014. Appellants filed a notice of appeal on April 14, 2014. On May 8, 2014, appellants filed a motion to proceed as indigent in this court. *See* Tex. R. App. P. 20.1(h). On May 16, 2014, the district clerk and the court reporter filed a contest to appellants' motion.

If an affidavit of indigence is filed in an appellate court, and a contest is filed, the court may refer the matter to the trial court with instructions to hear evidence and grant the appropriate relief. Tex. R. App. P. 20.1(h)(4).

Accordingly, we refer the matter to the trial court and direct the trial court to hold a hearing and make written findings as to whether appellants are entitled to proceed without payment of costs.

The court reporter shall file a reporter's record from the hearing and any exhibits admitted at the hearing on the contest to appellants' claim of indigence. The record of the hearing and the trial court's written findings shall be filed with the clerk of this court on or before **30 days from the date of this order.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's ruling on indigence has been completed. The court will also consider an appropriate motion to reinstate the appeal filed by any party. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM